| | |
|---|---|
| 1 | |
| 2 | BETTY HERRERA (242189) |
| 3 | **SACKETT AND ASSOCIATES** <br> A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue |
| 5 | Post Office Box 5025 <br> San Jose, California 95150-5025 |
| 6 | Telephone: (408) 295-7755 |
| 7 | Facsimile: (408) 295-7444 |
| 8 | Attorney for Plaintiff |
| 9 | /jgl |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORTHY J. LITTMAN, | ) Civil No. C08-04071 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (60) days up through and including Monday, March 16, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (9) Plaintiff's counsel currently

1

STIPULATION AND ORDER

has before this district court and other district courts that also require briefing around this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 12, 2009

/s/
SHEA LITA BOND
Special Assistant U.S. Attorney

Dated: January 12, 2009

/s/
BETTY HERRERA
Attorney for Plaintiff
DORTHY J. LITTMAN

IT IS SO ORDERED.

Dated: January 13, 2009

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge

2
STIPULATION AND ORDER