HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORTHY J. LITTMAN, ) | Civil No. C08-04071 JSW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, March 30, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel currently

1

STIPULATION AND ORDER

has before this district court and the United States Court of Appeals that also require briefing around this time.

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 16, 2009 | /s/<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney |
| Dated: March 16, 2009 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>DORTHY J. LITTMAN |

IT IS SO ORDERED.

Dated: March 17, 2009

HON. JEFFREY S. WHITE
United States District Judge

2
STIPULATION AND ORDER